1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

FILED

2008 FEB 27 P 2: 18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR E-FILING

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )   **C 08    01166**
    and others similarly situated,          )   Case No.:
12                                           )
                    Plaintiffs,              )   **CONSENT TO BE INCLUDED AS AN**
13                                           )   **INDIVIDUAL PLAINTIFF [29 USC**
    v.                                       )   **216(b)]**
14                                           )
    COUNTY OF MONTEREY,                      )
15                                           )
                    Defendant.               )
                                             )

16      I have been employed by the County of Monterey within the last three years from the date

17  indicated below, and I am generally familiar with the above-captioned litigation. The County of

18  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

19  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

20  litigation and to be awarded damages if any are recovered. I understand that the law offices of

21  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

22  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

23  counsel to make all decisions with respect to the conduct and handling of this case, including the

24  settlement thereof as they deem appropriate and/or necessary.

25

26  Dated: December 14th, 2007

27                                              Signature of Individual

28                                              DAVID A. ALLRED
                                                Printed Name of Individual

CONSENT TO BE INCLUDED                          *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                      Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4  1912 "I" Street
    Sacramento, California 95814
5  Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8             IN THE UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,        )
12                        )    **CONSENT TO BE INCLUDED AS AN**
                        )    **INDIVIDUAL PLAINTIFF [29 USC**
            Plaintiffs,     )    **216(b)]**
13  v.                       )
                        )
14  COUNTY OF MONTEREY,       )
                        )
15            Defendant.     )
                        )
16  —————————————————————— )

17       I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

    Monterey has not properly compensated me for all the hours of overtime I have worked in violation of
19

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

    that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said
23

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26  Dated: _1-29_ , 200_8_

27                            Signature of Individual

28                            JOHN C BAIRD
                            Printed Name of Individual

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,         )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                                           )    **INDIVIDUAL PLAINTIFF [29 USC**
13                      Plaintiffs,        )    **216(b)]**
    v.                                     )
                                           )
14  COUNTY OF MONTEREY,                    )
                                           )
15                      Defendant.         )
                                           )
16  ─────────────────────────────────────

        I have been employed by the County of Monterey within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation. The County of
18
    Monterey has not properly compensated me for all the hours of overtime I have worked in violation of
19
    the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered. I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said
23
    counsel to make all decisions with respect to the conduct and handling of this case, including the
24
    settlement thereof as they deem appropriate and/or necessary.
25

26  Dated: _1 - 29_____ , 200_8_        _____
27                                       Signature of Individual

28                                       _JOSEPH ANTHONY CHAFFEE_
                                         Printed Name of Individual

MASTAGNI, HOLSTEDT AMICK,
MILLER, JOHNSEN & UHRHAMMER

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
   and others similarly situated,        )
12                              )    **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,  )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                         )    **216(b)]**
                            )
14  COUNTY OF MONTEREY,        )
                            )
15                     Defendant.  )
                            )
16  _____ )

17       I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26  Dated: _Dec 14_ , 200_7_          _____

27                                 Signature of Individual

28                            _John DiCarlo_
                            Printed Name of Individual

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento. California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated, ) ) )<br>Plaintiffs, ) )<br>v. ) )<br>COUNTY OF MONTEREY, ) )<br>Defendant. ) ) | Case No.:<br>**CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |

I have been employed by the County of Monterey within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Monterey has not properly compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that the law offices of Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 1/30 , 2008

_____
Signature of Individual

_____
Printed Name of Individual

1 DAVID P. MASTAGNI, ESQ. (SBN 57721)
  DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 WILL M. YAMADA, ESQ. (SBN 226669)
  **MASTAGNI, HOLSTEDT, AMICK,**
3 **MILLER, JOHNSEN & UHRHAMMER**
  *A Professional Corporation*
4 1912 "I" Street
  Sacramento, California 95814
5 Telephone: (916) 446-4692
  Facsimile: (916) 447-4614
6
  Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL J. MITCHELL, acting for himself  )    Case No.:
   and others similarly situated,          )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                                            )    **INDIVIDUAL PLAINTIFF [29 USC**
                    Plaintiffs,             )    **216(b)]**
13 v.                                       )
                                            )
14 COUNTY OF MONTEREY,                      )
                                            )
15                  Defendant.              )
                                            )
16

17      I have been employed by the County of Monterey within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19 Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20 the Fair Labor Standards Act.  I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b).  I authorize said

24 counsel to make all decisions with respect to the conduct and handling of this case, including the

25 settlement thereof as they deem appropriate and/or necessary.

26 Dated: DEC. 14, 200 7         _____
                                 Signature of Individual
27
                                 DENNIS ENGLISH
28                               _____
                                 Printed Name of Individual

---

CONSENT TO BE INCLUDED                    *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                Northern District of California

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                           Plaintiffs,         )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                         Defendant.          )
                                               )
16  ——————————————————————————

17          I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: __2-19-08__, 200_8_             _____Nelson Garcia_____
27                                         Signature of Individual
28                                             NELSON  GARCIA
                                           Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,         )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                          Plaintiffs,      )    **INDIVIDUAL PLAINTIFF [29 USC**
13                                         )    **216(b)]**
    v.                                     )
14                                         )
    COUNTY OF MONTEREY,                    )
15                                         )
                          Defendant.       )
                                           )

16        I have been employed by the County of Monterey within the last three years from the date

17  indicated below, and I am generally familiar with the above-captioned litigation. The County of

18  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

19  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

20  litigation and to be awarded damages if any are recovered. I understand that the law offices of

21  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

22  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

23  counsel to make all decisions with respect to the conduct and handling of this case, including the

24  settlement thereof as they deem appropriate and/or necessary.

25

26  Dated: 12/14_____, 2007    _____
                                Signature of Individual
27
                                RUBEN A. GARCIA
28                              _____
                                Printed Name of Individual

CONSENT TO BE INCLUDED                    *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,          )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF MONTEREY,                      )
                                             )
15                      Defendant.           )
                                             )
16  ————————————————————————

17      I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26  Dated: _12-23____, 2007            _Dustin Hedberg_
27                                     Signature of Individual
28                                     DUSTIN  HEDBERG
                                       Printed Name of Individual

---

CONSENT TO BE INCLUDED                        *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                    Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL J. MITCHELL, acting for himself  )    Case No.:
   and others similarly situated,          )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                       Plaintiffs,         )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )    **216(b)]**
                                           )
14 COUNTY OF MONTEREY,                     )
                                           )
15                     Defendant.          )
                                           )
16

17       I have been employed by the County of Monterey within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of

19 Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20 the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21 litigation and to be awarded damages if any are recovered. I understand that the law offices of

22 Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23 that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24 counsel to make all decisions with respect to the conduct and handling of this case, including the

25 settlement thereof as they deem appropriate and/or necessary.

26 Dated: /- 3 ⸱           , 200⁸        _____
27                                       Signature of Individual
28                                       _____
                                         Printed Name of Individual

ASTAGNI, HOLSTEDT, AMICK,
ILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento. California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8            IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself  )    Case No.:
    and others similarly situated,          )
12                          )    **CONSENT TO BE INCLUDED AS AN**
              Plaintiffs.      )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                         )    **216(b)]**
                          )
14  COUNTY OF MONTEREY,       )
                          )
15           Defendant.     )
    _____)

16

17      I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

    Monterey has not properly compensated me for all the hours of overtime I have worked in violation of
19
    the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered.  I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer  will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b).  I authorize said
23
    counsel to make all decisions with respect to the conduct and handling of this case, including the
24
    settlement thereof as they deem appropriate and/or necessary.
25

26  Dated: 2 - 3 - _____, 2008       _____
27                             Signature of Individual

28                      TIM  KREBS
                      Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF           *Mitchell v. County of Monterey*
                             Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,         )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                          Plaintiffs,      )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF MONTEREY,                    )
                                           )
15                        Defendant.       )
                                           )
16  ─────────────────────────────────────

17      I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26  Dated: DEC. 14, 2007        _____
                                Signature of Individual
27
                                RICHARD D. MATTHEWS
28                              Printed Name of Individual

─────────────────────────────────────────────────────────
CONSENT TO BE INCLUDED                      *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                  Northern District of California

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL J. MITCHELL, acting for himself
and others similarly situated,

                Plaintiffs,

v.

COUNTY OF MONTEREY,

                Defendant.

Case No.:

**CONSENT TO BE INCLUDED AS AN**
**INDIVIDUAL PLAINTIFF [29 USC**
**216(b)]**

    I have been employed by the County of Monterey within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Monterey has not properly compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that the law offices of Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: __2/20__, 200_8_

Signature of Individual

_BRUCE A. MAUK_
Printed Name of Individual

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
3 | **MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
4 | 1912 "I" Street
Sacramento, California 95814
5 | Telephone: (916) 446-4692
Facsimile: (916) 447-4614
6
Attorneys for Plaintiffs
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL J. MITCHELL, acting for himself )    Case No.:
and others similarly situated, )
12 | )    **CONSENT TO BE INCLUDED AS AN**
Plaintiffs, )    **INDIVIDUAL PLAINTIFF [29 USC**
13 | v. )    **216(b)]**
)
14 | COUNTY OF MONTEREY, )
)
15 | Defendant. )
)

16          I have been employed by the County of Monterey within the last three years from the date

17  indicated below, and I am generally familiar with the above-captioned litigation. The County of

18  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

19  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

20  litigation and to be awarded damages if any are recovered. I understand that the law offices of

21  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

22  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

23  counsel to make all decisions with respect to the conduct and handling of this case, including the

24  settlement thereof as they deem appropriate and/or necessary.

25

26  Dated: __2/24__ , 2008          _____
                                     Signature of Individual
27
                                     _____
28                                   Printed Name of Individual

CONSENT TO BE INCLUDED                                  *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                              Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,          )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,            )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )   **216(b)]**
                                            )
14  COUNTY OF MONTEREY,                     )
                                            )
15                   Defendant.             )
                                            )
16  ──────────────────────────────

17          I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26  Dated: *1-29* , 200*8*                    _____
27                                            Signature of Individual

28                                            *William P. Napper*
                                              _____
                                              Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself  )   Case No.:
    and others similarly situated,          )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                          Plaintiffs,       )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )   **216(b)]**
                                            )
14  COUNTY OF MONTEREY,                     )
                                            )
15                        Defendant.        )
                                            )
16  _____

17      I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

    Monterey has not properly compensated me for all the hours of overtime I have worked in violation of
19
    the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered. I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said
23
    counsel to make all decisions with respect to the conduct and handling of this case, including the
24
    settlement thereof as they deem appropriate and/or necessary.
25

26  Dated: _12/14_ , 200_7_                        _____
27                                                 Signature of Individual
28                                                 _____
                                                   Printed Name of Individual

CONSENT TO BE INCLUDED                             *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                         Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,         )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,            )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF MONTEREY,                    )
                                           )
15                  Defendant.             )
    ───────────────────────────────────────)

16

17      I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26  Dated: _1-27_, 200 _8_

27                                         _____
                                           Signature of Individual
28
                                            _DAVID  R. RAMON_
                                           Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8               IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,         )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,           )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF MONTEREY,                    )
                                           )
15                   Defendant.            )
                                           )
16  ─────────────────────────────────────

17       I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

    litigation and to be awarded damages if any are recovered. I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said
23
    counsel to make all decisions with respect to the conduct and handling of this case, including the
24
    settlement thereof as they deem appropriate and/or necessary.
25

26
    Dated: 1/27       , 2008        _____
27                                   Signature of Individual

28                                      KENNETH A. RESOP
                                     _____
                                     Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,        )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF MONTEREY,                    )
                                           )
15                 Defendant.              )
                                           )
16  ─────────────────────────────────────

17      I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation.  The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered.  I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b).  I authorize said

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26  Dated: _January 31_, 2008          _____
27                                      Signature of Individual
28                                      _Robert A. Rodriguez_
                                        Printed Name of Individual

─────────────────────────────────────────────────────────
CONSENT TO BE INCLUDED                    *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                Northern District of California

1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    WILL M. YAMADA, ESQ. (SBN 226669)
     **MASTAGNI, HOLSTEDT, AMICK,**
3    **MILLER, JOHNSEN & UHRHAMMER**
     *A Professional Corporation*
4    1912 "I" Street
     Sacramento, California 95814
5    Telephone: (916) 446-4692
     Facsimile: (916) 447-4614
6
     Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   DANIEL J. MITCHELL, acting for himself  )    Case No.:
     and others similarly situated,          )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                                             )    **INDIVIDUAL PLAINTIFF [29 USC**
                      Plaintiffs,            )    **216(b)]**
13   v.                                      )
                                             )
14   COUNTY OF MONTEREY,                     )
                                             )
15                    Defendant.             )
                                             )
16   _____    )

17       I have been employed by the County of Monterey within the last three years from the date

18   indicated below, and I am generally familiar with the above-captioned litigation. The County of

19   Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20   the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21   litigation and to be awarded damages if any are recovered. I understand that the law offices of

22   Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23   that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24   counsel to make all decisions with respect to the conduct and handling of this case, including the

25   settlement thereof as they deem appropriate and/or necessary.

26   Dated:_____/2-14_____, 200_7            _____
                                            Signature of Individual
27
28                                          MICHAEL R. SHAPIRO
                                            _____
                                            Printed Name of Individual

CONSENT TO BE INCLUDED                      *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                  Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself  )    Case No.:
    and others similarly situated,          )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                       Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )    **216(b)]**
                                            )
14  COUNTY OF MONTEREY,                     )
                                            )
15                     Defendant.           )
                                            )
16  ─────────────────────────────────────────

        I have been employed by the County of Monterey within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation. The County of
18
    Monterey has not properly compensated me for all the hours of overtime I have worked in violation of
19
    the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned
20
    litigation and to be awarded damages if any are recovered. I understand that the law offices of
21
    Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and
22
    that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said
23
    counsel to make all decisions with respect to the conduct and handling of this case, including the
24
    settlement thereof as they deem appropriate and/or necessary.
25

26  Dated: _12/14_____, 200_          _____
27                                    Signature of Individual

28                                    GARY WILLeeLes
                                      _____
                                      Printed Name of Individual

─────────────────────────────────────────────────────────────────────
CONSENT TO BE INCLUDED                    *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                Northern District of California