DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY,<br><br>　　　　　　Defendant. | Case No.:<br><br>**CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |

I have been employed by the County of Monterey within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Monterey has not properly compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that the law offices of Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 2-26, 2008

_____
Signature of Individual

DAVID P. BURNSIDE
Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Mitchell v. County of Monterey*
Northern District of California