1  CHARLES J. McKEE  (SBN 152458)
   County Counsel
2  WILLIAM K. RENTZ  (SBN 058112)
   Sr. Deputy County Counsel
3  Office of the County Counsel
   168 W. Alisal Street, 3rd Floor
4  Salinas, California  93901-2680
   Telephone:  (831) 755-5045
5  Facsimile:   (831) 755-5283
   rentzb@co.monterey.ca.us
6

7  Attorneys for COUNTY OF MONTEREY

8
                     **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                          **SAN JOSE DIVISION**
11

12  DAN MITCHELL, acting for himself and          **CASE NO.:  C08-01166 RS**
    others similarly situated,
13                                                **COUNTY OF MONTEREY'S**
                                                  **DECLINATION TO PROCEED BEFORE**
                   Plaintiffs,                    **A MAGISTRATE JUDGE**
14                                                            **AND**
    v.                                            **REQUEST FOR REASSIGNMENT TO A**
15                                                **UNITED STATES DISTRICT JUDGE**
    COUNTY OF MONTEREY,
16
                   Defendant.
17  _____/

18  COUNTY OF MONTEREY,

19                 Counterclaimants

20  v.

21  DEPUTY SHERIFFS' ASSOCIATION OF
    MONTEREY COUNTY, a labor organization,
22  and DAN MITCHELL, acting for himself and
    others similarly situated, DAVID A.
23  ALLRED, JOHN C. BAIRD, JOSEPH
    ANTHONY CHAFFEE, JOHN Di CARLO,
24  EDWARD DURHAM, DENNIS ENGLISH,
    NELSON GARCIA, RUBEN A. GARCIA,
25  DUSTIN HEDBERG, ALFRED JIMENEZ,
    TIM KREBS, RICHARD D. MATTHEWS,
26  BRUCE MAUK, WILLIAM D. NAPPER,
    SHAWN O'CONNOR, DAVID R. RATTON,
27  (see next page)

28

1  KENNETH A. RESOR, ROBERT Q.
   RODRIGUEZ, MICHAEL R. SHAPIRO, and
2  GARY WHEELUS and all other Plaintiffs
   who are now or may hereafter be joined in this
3  proceeding,

4              Counter-Defendants
                                    /
5  _____

6

7      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

8      The undersigned party, Defendant and Counterclaimant COUNTY OF MONTEREY,

   hereby declines to consent to the assignment of this case to a United States Magistrate Judge for
9
   trial and disposition and hereby requests the reassignment of this case to a United States District
10
   Judge.
11

12
   DATED:  March 19, 2008.              Respectfully submitted,
13
                                        CHARLES J. McKEE
14                                       County Counsel

15                                      By
                                            WILLIAM K. RENTZ
16                                          Sr. Deputy County Counsel

17                                      Attorneys for COUNTY OF MONTEREY
                                        Defendant and Counterclaimant
18

19

20

21  F:\RentzB\LIT\Mitchell\Pleadings\Decline Magistrate.wpd

22

23

24

25

26

27

28

---

*Daniel Mitchell et al. v. County of Monterey*, Case No C08-01166 RS
**COUNTY OF MONTEREY'S DECLINATION**
**TO PROCEED BEFORE MAGISTRATE**
- 2 -