DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES R. TRABER, ESQ. (SBN 248439)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated, <br><br> Plaintiffs, <br> v. <br> COUNTY OF MONTEREY, <br><br> Defendant. | Case No.: C 08-01166 JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' AND COUNTER-DEFENDANTS' TIME TO RESPOND TO COUNTERCLAIMS AND TO A FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES TO THE ANSWER** <br><br> Judge: Hon. James Ware |

**STIPULATION**

The parties to the above captioned action respectfully submit this stipulation and request as follows:

1. The Plaintiffs Dan Mitchell et al., filed the above entitled action against the County of Monterey on February 27, 2008.

2. The County of Monterey filed an answer and Counter Claim to the action on March 19, 2008.

3. The County of Monterey has named the Deputy Sheriffs' Association of Monterey County as a Counter Defendant along with all the named Plaintiffs.

---

STIPULATION & [PROPOSED] ORDER                 *Mitchell v. County of Monterey*
                                               Northern District Case No. C08-01166 JW

4. An issue has arisen over the fact that the Summons for the Counter-Defendant, Deputy Sheriffs Association of Monterey County, was just issued on April 8, 2008 and that it has not yet been served upon this new party counter-defendant in this action, and that there are issues relating to the effectiveness of the service by mail of the counterclaims by the Defendant Monterey County upon the attorneys for the Plaintiffs, Dan Mitchell et al, without an agreement to accept service on behalf of this new party pursuant to FRCP, Rule 4(d).

5. The parties are currently negotiating to have service on behalf of this new party counter-defendant be effectuated by a waiver of service of summons under FRCP, Rule 4(d), which would give this new party counter-defendant 60 days to respond to the allegation contained in the counterclaims.

6. The parties are also engaging in a meet and confer process regarding the issues relating to the striking the Defendant's fifth, seventh, eleventh, fourteenth, fifteenth, sixteenth, seventeenth, and eighteenth affirmative defenses asserted in Defendant County of Monterey's Answer to the Complaint, previously served by mail on March 19, 2008.

7. In lieu of the foregoing, the parties hereby stipulate and respectfully request that the Court grant the Plaintiffs an extension of time until June 10, 2008, in which to file a Motion to Strike the Defendant's affirmative defenses asserted in Defendant County of Monterey's Answer to the Complaint, previously served by mail on March 19, 2008.

8. In lieu of the foregoing, the parties also hereby stipulate and respectfully request that the Court grant the Plaintiffs an extension of time until June 10, 2008, in which to file a responsive pleading to the Counter-Claims contained in the Defendant County of Monterey's Answer to the Complaint, previously served by mail on March 19, 2008.

9. Good cause exists to grant the continuance because it would save the Parties and the Court resources and time if the Parties can resolve the foregoing issues informally.

RESPECTFULLY SUBMITTED.

Dated: April 11, 2008

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By: /s/ Will M. Yamada
WILL M. YAMADA
Attorneys for Plaintiffs/Counter Defendants
Dan Mitchell, et al.

Dated: April 11, 2008

By: /s/ William K. Rentz
WILLIAM K. RENTZ
Sr. Deputy County Counsel
Attorney for Defendant/Counter-Claimant
County of Monterey

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED,

IT IS HEREBY ORDERED that the Plaintiffs and Counter-Defendants, Dan Mitchell et al., including the Deputy Sheriffs' Association of Monterey County, shall have up to and including June 10, 2008, in which to file a responsive pleading to the counterclaims contained in the answer filed on March 19, 2008 by the Defendant, County of Monterey.

IT IS FURTHER ORDERED that the Plaintiffs, Dan Mitchell et al, shall have up to and including June 10, 2008 in which to file a Motion to Strike the Defendant's fifth, seventh, eleventh, fourteenth, fifteenth, sixteenth, seventeenth, and eighteenth affirmative defenses asserted in Defendant County of Monterey's Answer to the Complaint, previously served by mail on March 19, 2008. IT IS SO ORDERED.

Dated:  April 18, 2008

*/s/ James Ware*
HONORABLE JAMES WARE
United States District Judge