| Attorney or Party without Attorney: <br> MASTAGNI, HOLSTEDT, AMICK, MILLER ET AL. <br> 1912 I STREET <br> SACRAMENTO, CA 95814 <br> Telephone No: 916-446-4692  FAX No: 916-491-4254 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: DAN MITCHELL
Defendant: COUNTY OF MONTEREY

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: C08-01166 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint; Civil Case Cover Sheet; Consent To Be Inclued As An Individual Plaintiff (21); Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Consent To Proceed Before A Magistate Judge; Declination To Proceed Before A Magistrate Judge; Contents Of Joint Case Management Statement; Standing Order Regarding Case Management; Order Setting Initial Case Management Conference; Court Rules; General Order No 40; Ecf Registration Information; General Order No 45; Notice Of Electronic Availability Of Case File Information; General Order No 53; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver; Instruction For Completion Of The Adr Forms; Adr Certification; Stipulation And Order Selecting Adr Process; Notice Fo Need For Adr Phone Conference

3. a. Party served:  COUNTY OF MONTEREY
   b. Person served: MICHAEL ANDERSON, CLERK OF THE BOARD OF SUPERVISORS, Black, Male, 50+ Years Old, Brown Hair, Brown Eyes, 5 Feet 8 Inches, 180 Pounds

4. Address where the party was served: 168 WEST ALISAL STREET
   SALINAS, CA 93901

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 28, 2008 (2) at: 9:46AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAZELLE N. RIVERA
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   d. The Fee for Service was: $108.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 57
      (iii) County: Monterey

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Feb. 29, 2008

Judicial Council Form POS-010          PROOF OF SERVICE                    (JAZELLE N. RIVERA)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                 mastagni.123661