DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated,<br><br>                 Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY,<br><br>                 Defendant. | Case No.:<br><br>**CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |

I have been employed by the County of Monterey within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Monterey has not properly compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that the law offices of Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: _Jan 29_ , 200_8_

_____
Signature of Individual

_Joaquin Gonzalez_
Printed Name of Individual

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL J. MITCHELL, acting for himself )    Case No.:
    and others similarly situated,         )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )    **216(b)]**
                                            )
14  COUNTY OF MONTEREY,                     )
                                            )
15                 Defendant.               )
    _____   )

16

17      I have been employed by the County of Monterey within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of

19  Monterey has not properly compensated me for all the hours of overtime I have worked in violation of

20  the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned

21  litigation and to be awarded damages if any are recovered. I understand that the law offices of

22  Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer will be representing me in this action and

23  that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize said

24  counsel to make all decisions with respect to the conduct and handling of this case, including the

25  settlement thereof as they deem appropriate and/or necessary.

26
    Dated:___3/6_____, 2008          _____
27                                     Signature of Individual

28                                     _____ANGUS WILHITE_____
                                       Printed Name of Individual

---

CONSENT TO BE INCLUDED                          *Mitchell v. County of Monterey*
AS AN INDIVIDUAL PLAINTIFF                       Northern District of California