1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   JAMES R. TRABER, ESQ. (SBN 248439)
3  **MASTAGNI, HOLSTEDT, AMICK,
   MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated, ) ) ) | Case No.: C 08-01166 JW |
| Plaintiffs, ) v. ) ) COUNTY OF MONTEREY, ) ) Defendant. ) ) ) ) ) | **NOTICE OF ASSOCIATION OF COUNSEL** |

20      TO:       The Parties and their Representatives

21      **PLEASE TAKE NOTICE** that Attorney JAMES B. CARR hereby associates with DAVID

22  P. MASTAGNI, DAVID E. MASTAGNI, WILL M. YAMADA, and JAMES R. TRABER, as

23  counsel for Plaintiffs in the above-entitled matter. Please continue to direct all notices, pleadings,

24  and correspondence in this matter to the attorneys of record for Plaintiffs at MASTAGNI,

25  HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER, 1912 I Street, Sacramento,

26  California 95811.

27  ///

28  ///

1  Dated: June 4, 2008                      **MASTAGNI, HOLSTEDT, AMICK,**
                                            **MILLER, JOHNSEN & UHRHAMMER**
2

3
                                            By:    /s/ Will M. Yamada
4                                                  WILL M. YAMADA
                                                   Attorneys for Plaintiffs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ASSOCIATION OF COUNSEL                              *Mitchell v. County of Monterey*
                                        -2-                   Case No. C 08-01166 JW