1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   JAMES R. TRABER, ESQ. (SBN 248439)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

                    IN THE UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>COUNTY OF MONTEREY,<br><br>            Defendant.<br>_____ | Case No.: C 08-01166 JW<br><br>**NOTICE OF CHANGE OF <u>ZIP CODE</u> FOR THE LAW OFFICES OF MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER** |

**PLEASE TAKE NOTICE** that the zip code for the Law offices of MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & URHAHMMER, attorneys of record for Plaintiffs, DANIEL J. MITCHELL, acting for himself and others similarly situated, has recently been changed from 95814 (old) to 95811 (new) by the United States Postal Service.

The correct mailing address, with correct zip code, is as follows:

    MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

    1912 I Street

    Sacramento, California <u>95811</u>

///

---

NOTICE OF ASSOCIATION OF COUNSEL                          *Mitchell v. County of Monterey*
                                                          Case No. C 08-01166 JW

1  Dated: June 4, 2008

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**

By: _____
JAMES B. CARR (SBN 53274)
Attorneys for Plaintiffs