UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


DAN MITCHELL et al.,

                                                    Case No. C 08-01166 JW
                    Plaintiff(s),

                                                    ADR CERTIFICATION BY PARTIES
                                                    AND COUNSEL
            v.
COUNTY OF MONTEREY,

                    Defendant(s).
_____/


        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: 6/16/08                                      _____
                                                    [Party]    DEERING

Dated: 6/17/08                                      _____
                                                    [Counsel]  William K. Rent


When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."


Rev. 12/05