Charles J. McKEE (SBN 152458)
County Counsel
William K. Rentz (SBN 058112)
Sr. Deputy County Counsel
Office of the County Counsel
168 W. Alisal St., Third Floor
Salinas, CA 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
rentzb@co.monterey.ca.us

Attorneys for COUNTY OF MONTEREY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAN MITCHELL, action for himself and others similarly situated, | CASE NO. C 08-01166 RS |
| Plaintiffs. | |
| v. | |
| COUNTY OF MONTEREY | **CERTIFICATE OF SERVICE.** |
| Defendant. | |
| COUNTY OF MONTEREY, | |
| Counterclaimants | |
| v. | |
| DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY, a labor organization, and DAN MITCHELL, acting for himself and others similarly situated, DAVID A. ALLRED, JOHN C. BAIRD, JOSEPH ANTHONY CHAFFEE, JOHN Di CARLO, EDWARD DURHAM, DENNIS ENGLISH, NELSON GARCIA, RUBEN A. GARCIA, DUSTIN HEDBERG, ALFRED JIMENEZ, TIM KREBS, RICHARD D. MATTHEWS, BRUCE MAUK, WILLIAM D. NAPPER, SHAWN O'CONNER, DAVID R. RATTON, (see next page) | |

Certificate of Service.                                                                 Case No. C 08-01166 RS

1  KENNETH A. RESOR, ROBERT Q. RODRIGUEZ, MICHAEL R. SHAPIRO, and
2  GARY WHEELUS and all other Plaintiffs who are now or may hereafter be joined in this
3  proceedings,

4              Counter-Defendants

**CERTIFICATE OF SERVICE**

I am employed in the County of Monterey, State of California. I am over the age of 18 years and not a party to the within action. My business address is 168 West Alisal Street, 3rd Floor, Salinas, California.

On **June 17, 2008** I served a true copy of the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL.**

on the interested parties to said action by the following means:

[XX]   (**BY MAIL**)   By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, in the United States Mail at the Office of the County Counsel, 168 West Alisal Street, 3rd Floor, Salinas, California, addressed as shown on the attached Service List.   I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

[XX]   (**BY E-FILING WITH THE U.S. DISTRICT COURT**)   By submitting these documents for e-filing on that date pursuant to Local Rule 5-4 and General Order 45, at the Office of the County Counsel, 168 W. Alisal Street, Third Floor, Salinas, California, addressed as shown on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 17, 2008**, at Salinas, California.

_____/S/ Ian Coats_____
Ian Coats

Certificate of Service.                                                                                              Case No. C 08-01166 RS

**SERVICE LIST**

Mastagni Holstedt Amick Miller Hohnsen & Uhrhammer
A Professional Corporation
1912 "I" Street
Sacramento, CA  95814

F:\WPWIN60\TXT\LIT\620 - Personnel Lit\Mitchell\POS and Caption.doc

Certificate of Service.                                              Case No. C 08-01166 RS