United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mitchell, | 08-01166 JW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| County Of Monterey, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Eric A. Grover**
> Keller Grover LLP
> 425 Second St., Suite 500
> San Francisco, CA 94107
> 415-543-1305

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: July 15, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

ADR Case Administrator
415-522-3148
[Alice_Fiel@cand.uscourts.gov](Alice_Fiel@cand.uscourts.gov)

**Notice of Appointment of Mediator**
08-01166 JW MED                - 2 -