DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES B. CARR, ESQ. (SBN 53274)
DAVID D. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY,<br><br>Defendant. | Case No.: C 08-01166 JW<br><br>**CHANGE IN DESIGNATION OF COUNSEL** |

Request is made that David D. King, SBN 252074, be designated as notice counsel for Plaintiffs. David D. King's email address is Dking@mastagni.com. Additionally, request is made that James R. Traber, SBN 248439, and Will M. Yamada, SBN 226669, be terminated as notice counsel for Plaintiffs as they have left the firm.

DATED: July 31, 2008                    MASTAGNI, HOLSTEDT, AMICK,
                                         MILLER, JOHNSEN & UHRHAMMER

                                          /s/ David E. Mastagni
                                         DAVID E. MASTAGNI
                                         Attorneys for Plaintiff

MASTAGNI, HOLSTEDT, AMICK
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

CHANGE IN DESIGNATION OF COUNSEL

1