1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  JAMES B. CARR, ESQ. (SBN 53274)
   DAVID D. KING, ESQ. (SN 252074)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95811
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>COUNTY OF MONTEREY,<br><br>       Defendant. | Case No.: C 08-01166 JW<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE;**<br><br>**PROPOSED ORDER** |

## **STIPULATION**

WHEREAS, the discovery deadline for this case is September 21, 2009;

WHEREAS, Defendant is in the process of preparing voluminous documents, including timesheet records and payroll records in response to Plaintiff's Request for Production of Documents;

WHEREAS, Eric A. Grover, Esq., the assigned mediator to this case, has agreed to the request to continue the mediation;

WHEREAS, both parties agree that the mediation in this case will be more productive if the parties are given time to complete initial discovery;

///

1 THEREFORE, the parties hereby stipulate that the mediation date in this case be extended to
2 March 4, 2009, on which date the parties intend to mediate the case.

5 Dated: September 10, 2008     By: /s/
                                    JAMES B. CARR

Attorneys for Plaintiffs/Counter-Defendants
DAN MITCHELL, et al., and for Counter-Defendant,
DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY

Dated: September 10, 2008     By: /s/
                                    WILLIAM K. RENTZ
                                    Sr. Deputy County Counsel

Attorney for Defendants and Counterclaimant
COUNTY OF MONTEREY

### ORDER

For good cause shown as set forth above, the Court hereby orders that the mediation date is extended in this case and that the mediation shall take place on March 4, 2009.

**IT IS SO ORDERED.**

Dated: September 17, 2008     By: /s/ James Ware

HON. JAMES WARE
United States District Court Judge

---

STIPULATION TO EXTEND MEDIATION            *Mitchell v. County of Monterey*
                                           Northern District Case No. C08-01166 JW
-2-