DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES B. CARR, ESQ. (SBN 53274)
ISAAC S. STEVENS, ESQ. (SBN 251245)
DAVID D. KING, ESQ. (SN 252074)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated,<br><br>            Plaintiffs,<br>v.<br>COUNTY OF MONTEREY,<br><br>            Defendant. | Case No.: C 08-01166 JW<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE;**<br><br>**PROPOSED ORDER** |

## STIPULATION

WHEREAS, the discovery deadline for this case is September 21, 2009;

WHEREAS, mediation for deadline for mediation in this case is currently March 4, 2009;

WHEREAS, the parties require additional time to adequately prepare for mediation;

WHEREAS, Plaintiffs' Counsel is scheduled to participate in mediation for a separate action on the same day mediation is currently scheduled in this case,

WHEREAS, Eric A. Grover, Esq., the assigned mediator to this case, has agreed to the request to continue the mediation;

WHEREAS, both parties agree that the mediation in this case will be more productive if the

---

STIPULATION TO EXTEND MEDIATION    *Mitchell v. County of Monterey*
Northern District Case No. C08-01166 JW

parties are given time to complete initial discovery;

THEREFORE, the parties hereby stipulate that the mediation date in this case be extended to April 21, 2009, on which date the parties intend to mediate the case.

Dated: February 13, 2009                    By:_____
                                                 ISAAC S. STEVENS

                                            Attorneys for Plaintiffs/Counter-Defendants
                                            DAN MITCHELL, et al., and for Counter-Defendant,
                                            DEPUTY SHERIFFS' ASSOCIATION OF
                                            MONTEREY COUNTY


Dated: February __, 2009                    By:_____
                                                 WILLIAM K. RENTZ
                                                 Sr. Deputy County Counsel

                                            Attorney for Defendants and Counterclaimant
                                            COUNTY OF MONTEREY


## ORDER

For good cause shown as set forth above, the Court hereby orders that the mediation deadline is extended in this case to April 21, 2009 and the mediations shall take place on March 4, 2009.

**IT IS SO ORDERED.**


Dated: February 27, 2009                    By:_____
                                                 HON. JAMES WARE
                                                 United States District Court Judge

---

STIPULATION TO EXTEND MEDIATION                    *Mitchell v. County of Monterey*
                                                   Northern District Case No. C08-01166 JW
-2-

1 | parties are given time to complete initial discovery;

2 | THEREFORE, the parties hereby stipulate that the mediation date in this case be extended to
3 | April 21, 2009, on which date the parties intend to mediate the case.

5 | Dated: February 13, 2009          By: _____
6 |                                        ISAAC S. STEVENS

Attorneys for Plaintiffs/Counter-Defendants
DAN MITCHELL, et al., and for Counter-Defendant,
DEPUTY SHERIFFS' ASSOCIATION OF
MONTEREY COUNTY

Dated: February 17, 2009          By: _____
                                       WILLIAM K. RENTZ
                                       Sr. Deputy County Counsel

Attorney for Defendants and Counterclaimant
COUNTY OF MONTEREY

## ORDER

For good cause shown as set forth above, the Court hereby orders that the mediation date is extended in this case and that the mediation shall take place on March 4, 2009.

**IT IS SO ORDERED.**

Dated: February ___, 2009          By: _____
                                       HON. JAMES WARE
                                       United States District Court Judge

---

STIPULATION TO EXTEND MEDIATION

*Mitchell v. County of Monterey*
Northern District Case No. C08-01166 JW

-2-