IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Daniel Mitchell, et al., | No. C 08-01166 JW |
| Plaintiffs, | **SECOND MODIFIED SCHEDULING ORDER** |
| v. | |
| County of Monterey et al., | |
| Defendants. | |

Presently before the Court is the parties' Stipulation for a second modification of their Case Schedule. (Docket Item No. 52.) Based on the parties' representation, the Court finds good cause to GRANT the parties' a brief extension (90-days) as follows:

(1) The close of *all* discovery is set for **April 26, 2010.**

(2) Last date for *hearing* dispositive motions is set for **June 21, 2010 at 9 a.m.**

(3) The Preliminary Pretrial Conference is set for **March 22, 2010 at 11 a.m.**

(4) The parties shall file a Preliminary Pretrial Conference Statement on or before **March 12, 2010..**

As this is the parties' second extension, no further extension will be granted.

Dated: November 19, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Emilio Mastagni davidm@mastagni.com
David Philip Mastagni dmastagni@mastagni.com
James Byron Carr jcarr@mastagni.com
William K. Rentz rentzb@co.monterey.ca.us

**Dated: November 19, 2009**                               **Richard W. Wieking, Clerk**

                                                           **By: /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**