DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES B. CARR, ESQ. (SBN 53274)
ISAAC S. STEVENS, ESQ. (SBN 251245)
DAVID D. KING, ESQ. (SN 252074)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IT IS SO ORDERED AS MODIFIED
Judge James Ware
3/1/2010

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, acting for himself and others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>COUNTY OF MONTEREY,<br><br>          Defendant. | Case No.: 5:08-01166 JW<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** ~~PROPOSED~~ **ORDER** |

The parties, through their attorneys of record, hereby stipulate as follows:

1. On February 17, 2010, the Court granted Defendant COUNTY OF MONTEREY ("County") leave to amend the Answer filed in this action;

2. In its February 17, 2010 Order, the Court offered to allow the parties to stipulate, subject to the Court's approval, or file an appropriate motion, for a reasonable extension of the current case schedule.

3. On February 17, 2010, the County filed its First Amended Answer;

4. The County's First Amended Answer asserts five new affirmative defenses to Plaintiffs'

---

STIPULATION TO EXTEND DEADLINES        *Mitchell v. County of Monterey*
Northern District Case No. 5:08-01166 JW

Complaint;

5. The parties acknowledge the affirmative defenses raised in the County's First Amended Complaint require significant factual discovery that, as of yet, the parties did not contemplate while conducting discovery in this action;

6. The issues raised by the County's First Amended Answer may require expert testimony from additional expert witnesses;

7. The parties agree good cause exists to extend all deadlines set forth in the Court's Scheduling order, as amended November 19, 2009, by at least one hundred and eighty (180) days, as follows:

|  | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosure | February 22, 2010 | August 23, 2010 |
| Preliminary Pre-Trial Statements | March 12, 2010 | September 8, 2010 |
| Rebuttal Expert Disclosure | March 7, 2010 | September 3, 2010 |
| Preliminary Pre-Trial Conference | March 22, 2010 | **September 13, 2010** |
| Close of All Discovery | April 26, 2010 | **September 13, 2010** |
| Last Day for Hearing Dispositive Motions | June 21, 2010 | **November 15, 2010** |
| **Joint Pretrial Conference Statement** | ---- | **September 3, 2010** |

8. Witnesses deposed before the Court granted the County leave to amend may be re-deposed for the purpose of eliciting testimony relevant to the issues raised in the County's First Amended Answer;

9. Subsequent depositions of witnesses the parties deposed before the Court granted the County leave to amend shall not count towards the twenty one deposition the parties previously stipulated to.

Dated: February 18, 2010

MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN

By: /s/ Isaac S. Stevens

ISAAC S. STEVENS

|   |   |   |
|---|---|---|
| 1 | | Attorney for Plaintiffs |
| 2 | | DAN MITCHELL, et al. |

Dated: February 19, 2010          By: _/s/ William K. Rentz_
WILLIAM K. RENTZ
Sr. Deputy County Counsel
Attorney for Defendants
COUNTY OF MONTEREY

**ORDER AS MODIFIED**

Good cause appearing, it is hereby ORDERED that the dates set forth in the Scheduling Order in this case is modified as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure | February 22, 2010 | August 23, 2010 |
| Preliminary Pre-Trial Statements | March 12, 2010 | September 8, 2010 |
| Rebuttal Expert Disclosure | March 7, 2010 | September 3, 2010 |
| Preliminary Pre-Trial Conference | March 22, 2010 | **September 13, 2010** |
| Close of All Discovery | April 26, 2010 | **September 3, 2010** |
| Last Day for Hearing Dispositive Motions | June 21, 2010 | **November 15, 2010** |
| **Joint Pretrial Conference Statement** | ---- | September 3, 2010 |

**IT IS SO ORDERED.**

Dated: March 1, 2010

By: *James Ware*

HON. JAMES WARE
United States District Court Judge