UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL. J. MITCHELL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MONTEREY,<br><br>　　　　　　Defendant. | Case No.: C 08-1166 JW (PVT)<br><br>**FURTHER ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO COMPEL DEPOSITIONS AND FURTHER RESPONSES TO REQUEST FOR PRODUCTION**<br><br>**(Re: Docket Nos. 73 & 76)** |

On September 20, 2010, Plaintiffs filed a motion to compel. On September 22, 2010, Plaintiffs filed an amended motion to compel.[1] On November 9, 2010, Defendant filed a statement of non-opposition to Plaintiffs' motion. On November 10, 2010, the court issued an order granting Plaintiffs' unopposed motion, and directing the parties to file supplemental briefs no later than November 16, 2010, if they could not agree on the dates for both the production of documents and the depositions ordered therein (the "November 10th Order"). On November 16, 2010, Plaintiffs filed a supplemental brief requesting specific dates for the production of documents and the depositions. Defendant did not file any supplemental brief. Therefore, based on Plaintiffs' supplemental brief and the file herein,

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

IT IS HEREBY ORDERED that the Rule 30(b)(6) deposition of Defendant pursuant to Plaintiffs' Third Amended Notice of Taking of Oral Deposition of County of Monterey and Request for Production of Documents (the "Deposition" and "Deposition Notice," as applicable) shall commence on November 23, 2010 at the offices of Plaintiffs' counsel beginning at 9:00 a.m., or at such other location and/or start time as Plaintiffs designate in writing emailed and faxed to Defense counsel no later than November 19, 2010.  If Defendant intends to produce one or more designees other than, or in addition to, Hye-Weon Kim for this day of deposition, Defendant shall so notify Plaintiff no later than November 19, 2010.

IT IS FURTHER ORDERED that the Deposition shall continue on December 2, 2010 and, if Plaintiffs' counsel finds it reasonably necessary, also on December 3, 2010, at the offices of Plaintiffs' counsel beginning at 9:00 a.m. each day, or at such other location and/or start time as Plaintiffs designate in writing emailed and faxed to Defense counsel no later than November 19, 2010.  If Defendant intends to produce one or more designees other than, or in addition to, Lynnrose Alig for these deposition dates, Defendant shall so notify Plaintiff no later than November 19, 2010.

IT IS FURTHER ORDERED that, no later than November 19, 2010, Defendant shall notify Plaintiffs' counsel (by both email and fax) of the identity of each individual it is designating to testify with regard to each topic listed in the Deposition Notice.

IT IS FURTHER ORDERED that, no later than 12:00 p.m. (noon) on November 19, 2010, Defendant shall produce all documents which, in the November 10th Order, the court ordered Defendant to produce to Plaintiffs.

Dated: *11/17/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge