DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES B. CARR, ESQ. (SBN 53274)
ISAAC S. STEVENS, ESQ. (SBN 251245)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY,<br><br>     Defendant. | Case No.: 5: 08-01166 JW<br><br>**STIPULATION REGARDING SEPARATE STATEMENT IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION** |

WHEREAS, this action involves twenty plaintiffs and the defendant has asserted nineteen affirmative defenses;

WHEREAS, the parties have conducted thirty depositions and produced thousands of pages of documentary evidence during the course of discovery;

WHEREAS, the parties believe filing separate statements on undisputed facts will enhance the clarity of the parties' moving papers and allow the Court to quickly identify and locate the evidence the parties rely on in their motions,

NOW, THEREFORE, it is hereby stipulated, between the parties, and each of them, that:they request that the court issue an order allowing them to file a separate statement of undisputed facts in

support of their motions for summary judgment/summary adjudication, should they deem it necessary,

**IT IS SO STIPULATED.**

Dated: December 15, 2010     **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**

By:   /s/ Isaac S. Stevens
     ISAAC S. STEVENS
     Attorneys for Plaintiffs
     DAN MITCHELL, *et al.*

Dated: December 15, 2010     By:   /s/ William K. Rentz
     WILLIAM K. RENTZ
     Sr. Deputy County Counsel
     Attorney for Defendant
     COUNTY OF MONTEREY

1  [~~PROPOSED~~] ORDER FOR LEAVE TO FILE A SEPARATE STATEMENT

3  The Court hereby GRANTS the parties leave to file separate statements of undisputed facts
4  in support of their motions for summary judgment/summary adjudication.

6  IT IS SO ORDERED

10  Dated: December  16 , 2010                    _____
11                                                Hon. James Ware

STIPULATION REGARDING                                       Mitchell v. County of Monterey
ADMISSIBILITY OF EVIDENCE                                   Northern District Case No. C08-01166 JW
-3-