CHARLES J. McKEE (SBN 152458)
County Counsel
WILLIAM K. RENTZ (SBN 058112)
Sr. Deputy County Counsel
Office of the County Counsel
168 W. Alisal Street, 3rd Floor
Salinas, California 93901-2680
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
E-mail: rentzb@co.monterey.ca.us

Attorneys for COUNTY OF MONTEREY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAN MITCHELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, <br><br> Defendant. | Case No.: C 08-01166 JW <br><br> **STIPULATION TO EXTEND PAGE LIMIT FOR MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7-4(b); ORDER** <br><br> **Hearing Date:** January 31, 2011 <br> **Time:** 9:00 a.m. <br> **Courtroom:** 8 <br> **Judge:** Hon. James Ware <br><br> **Trial Date:** March 22, 2011 |

Defendant, COUNTY OF MONTEREY, by and through their attorney of record herein, and Plaintiffs, DAN MITCHELL, et al., by and through their attorneys of record, stipulate as follows:

1. The above-referenced action was brought under the Fair Labor Standards Act. There are twenty-two plaintiffs in this action; each alleging the County violated the FLSA by failing to properly compensate them over an approximately five year long period. The County's

*Dan Mitchell, et al. v. County of Monterey* (Case No. C 08-01166 JW)
STIPULATION AND ORDER TO EXPAND PAGE LIMIT OF
MOVING AND OPOPSING PAPERS ON MOTION FOR SUMMARY JUDGMENT
Page 1

First Amended Answer sets forth nineteen affirmative defenses.

    2.    Due to the complexity of the above reference action, it is requested that the page limit of 25 pages cited in Local Rules of Court for the Northern U.S. District Court 7-4 (b), for any Memorandum of Points and Authorities be expanded to 45 pages for the moving memoranda of points and authorities filed by either party in the upcoming motions for summary judgment.

    3.    The Opposition to both Defendant's and Plaintiff's Motions to Summary Judgment shall also be expanded to 45 pages.

DATED: December 22, 2010.              Respectfully submitted,
                                                  CHARLES J. McKEE
                                                  County Counsel

                                                  By    /w/ WILLIAM K. RENTZ   
                                                  WILLIAM K. RENTZ,
                                                  ATTORNEYS FOR COUNTY OF
                                                  MONTEREY

DATED: December 22, 2010               MASTAGNI HOLSTEDT AMICK
                                                  MILLER & JOHNSEN

                                                  By   /s/ ISAAC STEVENS   
                                                  DAVID E. MASTAGNI,
                                                  ISAAC STEVENS
                                                  ATTORNEYS FOR PLAINTIFF
                                                  DAN MITCHELL, et al

**ORDER**

Good cause appearing, the foregoing stipulations of the parties are hereby approved, adopted, and made an Order of the Court.

Dated: December 29, 2010

_____
JUDGE OF THE U.S. DISTRICT COURTCOURT