DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES B. CARR, ESQ. (SBN 53274)
ISAAC S. STEVENS, ESQ. (SBN 251245)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MITCHELL, *et al.*, | Case No.: 5:08-01166-JW |
| Plaintiffs, | **STIPULATION REGARDING SEPARATE STATEMENT IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION** |
| v. | |
| COUNTY OF MONTEREY, | |
| Defendant. | |

WHEREAS, this action involves twenty plaintiffs and the defendant has asserted nineteen affirmative defenses;

WHEREAS, the parties have conducted thirty depositions and produced thousands of pages of documentary evidence during the course of discovery;

WHEREAS, the parties filed cross motions for summary judgment and/or adjudication;

WHEREAS, the parties believe consideration of the previously filed separate statement of undisputed facts and declarations in support will enhance the clarity of the parties' moving and opposition papers and allow the Court to quickly identify and locate the evidence the parties rely on in their motions,

NOW, THEREFORE, it is hereby stipulated, between the parties, and each of them, that they

1  request that the court issue an order allowing Plaintiffs' previously filed separate statement of undisputed
2  facts to be considered in support of their motions for summary judgment/adjudication and in opposition
3  to Defendant's motion for summary judgment/adjudication; and that Defendant's evidence filed in
4  support of its motion for summary judgment/adjudication also be considered in opposition to Plaintiffs'
5  motions for summary judgment; except to the extent Plaintiffs' separate statement or Defendant's
6  evidence is not relevant or admissible.

7  **IT IS SO STIPULATED.**

9  Dated: January 4, 2011               **MASTAGNI, HOLSTEDT, AMICK,**
                                        **MILLER & JOHNSEN**

12                                      By:    /s/ Isaac S. Stevens
                                              ISAAC S. STEVENS
                                              Attorneys for Plaintiffs
13                                            DAN MITCHELL, *et al.*

15  Dated: January 4, 2011              By:    /s/ William K. Rentz
                                              WILLIAM K. RENTZ
                                              Sr. Deputy County Counsel
16                                            Attorney for Defendant
                                              COUNTY OF MONTEREY

[~~PROPOSED~~] ORDER FOR LEAVE TO FILE A SEPARATE STATEMENT

IT IS SO ORDERED

Dated: January 5, 2011                              _____
                                                    Hon. James Ware