IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Daniel Mitchell, | NO. C 08-01166 JW |
| Plaintiff, | **ORDER DENYING STIPULATION** |
| v. | |
| County of Monterey, et al., | |
| Defendants. | |

Presently before the Court is a Stipulation to Continue Filing and Hearing Dates on Motion for Summary Judgment and/or Partial Summary Judgment and to Continue Subsequent Dates Including Trial. (hereafter, "Stipulation," Docket Item No. 136.) The Stipulation requests that the Court adjust the current briefing schedule in light of the complexity and number of the submitted Motions. (Stipulation at 1-2.) Upon review, the Court finds that its calendar cannot accommodate the parties' stipulated dates. Further, because the parties have elected to file all of their dispositive Motions at once, and the Court has made its January 31, 2011 calendar available to the parties, the request for a continuance at this stage is untimely.

Accordingly, the Court DENIES the parties' Stipulation to Continue Dates.

Dated: January 6, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Emilio Mastagni davidm@mastagni.com
David Philip Mastagni dmastagni@mastagni.com
Isaac Sean Stevens istevens@mastagni.com
James Byron Carr jcarr@mastagni.com
James Byron Carr jcarr@mastagni.com
William K. Rentz rentzb@co.monterey.ca.us

**Dated:  January 6, 2011**               **Richard W. Wieking, Clerk**

                                         **By:      /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**