CHARLES J. McKEE  (SBN 152458)
County Counsel
WILLIAM K. RENTZ  (SBN 058112)
Sr. Deputy County Counsel
Office of the County Counsel
168 W. Alisal Street, 3rd Floor
Salinas, California  93901-2680
Telephone:  (831)  755-5045
Facsimile:    (831)  755-5283
rentzb@co.monterey.ca.us

Attorneys for COUNTY OF MONTEREY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAN MITCHELL, acting for himself and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY,<br><br>　　　　Defendant.<br>_____/ | **CASE NO.:  C08-01166 JW**<br><br>**STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS [EXHIBITS] RELATING TO COUNTY OF MONTEREY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: January 31, 2011<br>　　　　Time:  9:00 a.m.<br>　Courtroom:  8<br>　　　　Judge:  Hon. James Ware<br><br>Trial Date:  March 22, 2011 |

　　　Defendant, COUNTY OF MONTEREY, by and through their attorney of record herein, and Plaintiffs, DAN MITCHELL, et al, by and through their attorneys of record, stipulate as follows:

　　　1.　　The above-referenced action is set for Summary Judgment or Partial Summary Judgment on January 31, 2011.

　　　2.　　On December 27, 2010, Defendant and Plaintiffs e-filed their Motions for Summary Judgment.

---

*Daniel Mitchell et al. v. County of Monterey*, Case No C08-01166 RS
**STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS [EXHIBITS] RELATING TO COUNTY OF MONTEREY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**
- 1 -

3.  On January 10, 2011, Defendant, County of Monterey, e-filed their Opposition to Plaintiffs' Motions for Summary Judgment or Partial Summary Judgment.

4.  Nine of the exhibits e-filed by Defendant contained information of a personal nature which included social security numbers and dates of birth.

5.  On January 11, 2011, at approximately 9:00 a.m., this office contacted ECF help line and blocked the following exhibits: ***Exhibit 300053, 300054, 300055, 300056, 300057, 300062, 300063, 300064 and 300065.***

6.  These exhibits were either attached to or included in docket #140 and #141.

7.  The parties stipulate and agree to permanently remove the blocked exhibits from the record.

Dated:   January 12, 2011

Respectfully submitted,
CHARLES J. MCKEE,
County Counsel

By: ___/s/ William K. Rentz_____
WILLIAM K. RENTZ,
ATTORNEYS FOR COUNTY OF MONTEREY

Dated:   January 12, 2011

MASTAGNI HOLSTEDT AMICK
MILLER & JOHNSEN

By: ___/s/ David E. Mastagni_____
DAVID E. MASTAGNI,
ISAAC STEVENS,
ATTORNEYS FOR PLAINTIFFS,
DAN MITCHELL, et al

1 **<u>ORDER</u>**

3  GOOD CAUSE APPEARING, IT IS ORDERED:

4  The stipulation filed and agreed to by Defendant, County of Monterey and Plaintiffs, Dan Mitchell, et al, requesting the exhibits filed on January 10, 2011, ***Exhibit 300053, 300054, 300055, 300056, 300057, 300062, 300063, 300064 and 300065,*** referenced as docket #140 and #141, be permanently removed from the record

9  DATED:  January 14 , 2011

*/s/ James Ware*
JAMES WARE
United States District Chief Judge

---

*Daniel Mitchell et al. v. County of Monterey*, Case No C08-01166 RS
**STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS [EXHIBITS] RELATING TO COUNTY OF MONTEREY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**
- 3 -