```
CHARLES J. McKEE  (SBN 152458)
County Counsel
WILLIAM K. RENTZ  (SBN 058112)
Sr. Deputy County Counsel
Office of the County Counsel
168 W. Alisal Street, 3rd Floor
Salinas, California  93901-2680
Telephone:  (831)  755-5045
Facsimile:    (831)  755-5283
rentzb@co.monterey.ca.us
```

Attorneys for COUNTY OF MONTEREY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAN MITCHELL, acting for himself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, <br><br> Defendant. <br> _____/ | **CASE NO.:  C08-01166 JW** <br><br> **STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS [EXHIBITS] RELATING TO COUNTY OF MONTEREY'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT** <br><br> Hearing Date: January 31, 2011 <br> Time: 9:00 a.m. <br> Courtroom: 8 <br> Judge: Hon. James Ware <br><br> Trial Date: March 22, 2011 |

Defendant, COUNTY OF MONTEREY, by and through their attorney of record herein, and Plaintiffs, DAN MITCHELL, et al, by and through their attorneys of record, stipulate as follows:

1. The above-referenced action is set for Summary Judgment or Partial Summary Judgment on January 31, 2011.

2. On December 27, 2010, Defendant and Plaintiffs e-filed their Motions for Summary Judgment.

---

*Daniel Mitchell et al. v. County of Monterey*, Case No C08-01166 RS
**STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS [EXHIBITS] RELATING TO COUNTY OF MONTEREY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**
- 1 -

3.   Three of the exhibits e-filed by Defendant contained information of a personal nature which included personal addresses.

4.   On January 21, 2011, at approximately 2:15 p.m., this office contacted ECF help line and blocked the following exhibits: ***Exhibit 300004, 300020 and 300021.***

5.   These exhibits were included in Docket Nos. 102, 102.1, 102.2, 102.3, 102.4 and 102.5.

6.   The parties stipulate and agree to permanently remove the blocked exhibits from the record.

Dated:   January 21, 2011                                    Respectfully submitted,
                                                             CHARLES J. MCKEE,
                                                             County Counsel


                                                             By: ___/s/ William K. Rentz_____
                                                                 WILLIAM K. RENTZ
                                                                 ATTORNEYS FOR COUNTY OF
                                                                 MONTEREY

Dated:   January 24, 2011                                    MASTAGNI HOLSTEDT AMICK
                                                             MILLER & JOHNSEN


                                                             By: ___/c/ James B.Carr_____
                                                                 JAMES B. CARR
                                                                 DAVID E. MASTAGNI
                                                                 ISAAC STEVENS
                                                                 ATTORNEYS FOR PLAINTIFFS,
                                                                 DAN MITCHELL, et al

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED:

The stipulation filed and agreed to by Defendant, County of Monterey and Plaintiffs, Dan Mitchell, et al, requesting the exhibits filed on December 27, 2010, being ***Exhibits 300004, 300020 and 300021,*** referenced as Docket Nos. 102, 102.1, 102.2, 102.3, 102.4 and 102.5, be permanently removed from the record

DATED: January 25, 2011                      _____
                                             JUDGE OF THE U.S. DISTRICT COURT

---

*Daniel Mitchell et al. v. County of Monterey*, Case No C08-01166 RS
**STIPULATION AND ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS [EXHIBITS] RELATING TO COUNTY OF MONTEREY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**
- 3 -