IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Daniel J. Mitchell, | NO. C 08-01166 JW |
|     Plaintiff,<br>  v. | **ORDER SETTING HEARING ON MOTIONS** |
| County of Monterey, et al., | |
|     Defendants. | |

On January 21, 2011, the Court took the parties' various Motions under submission for consideration. (See Docket Item No. 177.) Upon review of the papers submitted, the Court finds that it would benefit from oral argument. Accordingly, on **April 11, 2011 at 9 a.m.**, the parties shall appear for a hearing on their Motions.

Dated: April 5, 2011

                                      JAMES WARE  
                                      United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Emilio Mastagni davidm@mastagni.com
David Philip Mastagni dmastagni@mastagni.com
Isaac Sean Stevens istevens@mastagni.com
James Byron Carr jcarr@mastagni.com
William K. Rentz rentzb@co.monterey.ca.us

**Dated:  April 5, 2011**　　　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　　　**By:      /s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**