**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Daniel J. Mitchell, | NO. C 08-01166 JW |
| Plaintiff, | **ORDER VACATING ALL PRETRIAL AND TRIAL DATES; SETTING STATUS CONFERENCE RE. SETTLEMENT** |
| v. | |
| County of Monterey, et al., | |
| Defendants. | |

On September 27, 2011, the parties in this case informed the Court that they have "reached a conditional settlement." (See Docket Item No. 190.) In light of the settlement, the Court vacates all trial and pretrial dates.

The Court sets **November 21, 2011 at 10 a.m.** for a Status Conference re. Settlement. On or before **November 11, 2011**, the parties shall file a Joint Status Conference Statement setting forth, *inter alia*, the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize the settlement.

In the event that the terms of the settlement are finalized and proper authorization is given by the County earlier than the status date, the parties shall inform the Court by way of a Status Statement and select a date for Preliminary Approval of Settlement in accordance with the Court's calendar.

Dated: September 30, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Emilio Mastagni davidm@mastagni.com
David Philip Mastagni dmastagni@mastagni.com
Isaac Sean Stevens istevens@mastagni.com
James Byron Carr jcarr@mastagni.com
James Byron Carr jcarr@mastagni.com
William K. Rentz rentzb@co.monterey.ca.us

Dated:  September 30, 2011 			Richard W. Wieking, Clerk

					By:     /s/ JW Chambers
						**Susan Imbriani**
						**Courtroom Deputy**