**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          SAN FRANCISCO DIVISION

9    Daniel J. Mitchell,                          NO. C 08-01166 JW

10              Plaintiff,                    **ORDER CONTINUING STATUS
                                              CONFERENCE RE. SETTLEMENT**
       v.
11
     County of Monterey, et al.,
12
                Defendants.
13                                                    /

14        On September 27, 2011, the parties in this case informed the Court that they have "reached a

15   conditional settlement." (See Docket Item No. 190.)  On September 30, 2011, in light of the

16   settlement, the Court vacated all trial and pretrial dates and set November 21, 2011 for a Status

17   Conference re. Settlement.  (See Docket Item No. 191.)  The Court stated that "[i]n the event that the

18   terms of the settlement are finalized and proper authorization is given by the County earlier than the

19   status date, the parties shall inform the Court by way of a Status Statement and select a date for

20   Preliminary Approval of Settlement in accordance with the Court's calendar." (Id. at 1.)

21        On November 11, 2011, the parties filed a Joint Status Conference Statement contending that

22   the settlement agreement "has been approved by the County of Monterey Board of Supervisors," but

23   that Plaintiffs' counsel is still "in the process" of "obtaining the last few remaining signatures to the

24   settlement agreement from the individual Plaintiffs." (See Docket Item No. 192 at 1-2.)  The parties

25   contend that they "anticipate filing a complete settlement agreement with all signatures with the

26   Court on or before November 21, 2011." (Id. at 2.)

27        In light of the parties' contentions, the Court finds good cause to CONTINUE the Status

28   Conference re. Settlement to **December 5, 2011 at 10 a.m.**  On or before **November 23, 2011**, the

1  parties shall file a Joint Status Conference Statement setting forth, *inter alia*, the status of the parties

2  for finalizing the settlement and how much additional time is requested to finalize the settlement.  In

3  the event that the terms of the settlement are finalized earlier than the status date, the parties shall

4  inform the Court by way of a Status Statement and select a date for Preliminary Approval of

5  Settlement in accordance with the Court's calendar.[1]

6

7

8  Dated:  November 15, 2011

JAMES WARE
9  United States District Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
---
      [1]  In this event, the December 5 Status Conference re. Settlement shall be automatically
27  vacated.

28

2

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   David Emilio Mastagni davidm@mastagni.com
    David Philip Mastagni dmastagni@mastagni.com
3   Isaac Sean Stevens istevens@mastagni.com
    James Byron Carr jcarr@mastagni.com
4   James Byron Carr jcarr@mastagni.com
    William K. Rentz rentzb@co.monterey.ca.us
5

6   **Dated:  November 15, 2011**                    **Richard W. Wieking, Clerk**

7

8                                                    **By:      /s/ JW Chambers**
                                                         **Susan Imbriani**
9                                                        **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28